UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL NOQUAN FREDERICKS,

                Petitioner,

-against-

WARDEN AUBURN C.F.,

                Respondent.

22-CV-3968 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 20, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 20, 2022
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge